Heather N. Seigler, Esq. (SBN 281901)
David J. Viray, Esq. (SBN 353309)
**BURGER, MEYER & D'ANGELO, LLP**
999 Corporate Drive, Suite 225
Ladera Ranch, CA 92694
Telephone:  (949) 427-1888
Facsimile:  (949) 427-1889
Email: hseigler@burgermeyer.com
       dviray@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ALCANTARA<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. AND DOES 1-100,<br><br>Defendants. | Case No.: 2:25−cv−09334−DTB<br>Hon. David T. Bristow<br><br>[~~PROPOSED~~] ORDER ON STIPULATED PROTECTIVE ORDER<br><br>Removal Filed: September 30, 2025<br>Trial Date:    None Set. |

GOOD CAUSE APPEARING for the order set forth below, this Court hereby orders that the foregoing Stipulation and Protective Order shall become the order of this Court henceforth.

**IT IS SO ORDERED.**

Dated: November 17, 2025

_____
Judge of the Central District of California